703 A.2d 24

**Helene J. PARKER, Appellant,**

v.

**COUNTY OF LEHIGH.**

Supreme Court of Pennsylvania.

Argued Dec. 9, 1997.

Decided Jan. 7, 1998.

Stephen D. Rhoades, Allentown, for Appellant.

Ronald E. Corkery, Henry S. Perkin, Allentown, for Appellee.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

NEWMAN, J., dissents.